# ALABAMA COURT OF CRIMINAL APPEALS



November 7, 2025

**CR-2025-0387**

Roger Carnes, Jr. v. State of Alabama (Appeal from Russell Circuit Court: CC-97-487.64)

# NOTICE

You are hereby notified that on November 7, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk